**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SHAVON WORMACK,                                    Civil Action No. 2:17-cv-03295

        Plaintiff,

    v.

FBCS, INC.,

        Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses FBCS, Inc., from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*
Antranig Garibian, Esq. (Bar No. 94538)
1800 John F. Kennedy Boulevard Suite 300
Philadelphia, PA 19103
(215) 326-9179
*Attorney for Plaintiff*

Dated:  October 26, 2017